E-filing

SBA

PROOF OF SERVICE BY MAIL

C 07 4681 (PR)

I, Richard John Vieira declare that on the date of execution below, I MAILED the following documents to the United States District Court for the Northern District of California by placing a true copy thereof into a sealed envelope, with postage thereon fully prepaid and mailed it out through the policies and procedures of San Quentin State Prison (Legal Mail).

FILED
SEP 1 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>In re</u>: Juan Villa Ramirez v. James Tilton, (DIRECTOR).

<u>Documents Mailed</u>: Plaintiff's 42 USC §1983, Motion for the Appointment of Counsel, and an EXHIBIT PACKAGE IN SUPPORT OF ABOVE MOTIONS.

<u>Person(s) Served</u>: OFFICE OF THE CLERK
U.S. District Court
Northern District of Calif.
450 Goldengate Ave.
San Francisco, Ca. 94102

VERIFICATION

I declare under penalty of perjury under the laws of the United States of America, That all of the foregoing is true and correct pursuant to 28 USC §1746.

dated: 9/3/2007         signed: Richard Vieira

Richard J. Vieira (H-31000)
San Quentin Prison (4-EB-86)
San Quentin, Ca. 94974