JUAN VILLA RAMIREZ (T-24667)
San Quentin Prison (4-EY-22)
San Quentin, Ca. 94974

RECEIVED
07 OCT 15 PH 1: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

OCT 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No. ____07-04681 SBA (PR)____

**EXHIBIT PACKAGE
CONTINUED**

Juan Villa Ramirez,
            Plaintiff pro se.

    v.

James Tilton, et.al
            Defendants.

EXHIBITS B.1 through B.26

**Juan Ramirez's Medical Time line,**

Reviewed Client Correspondence on August 5, 2002 & Interviewed Mr. Ramirez on August 6, 2002
**Re-reviewed client correspondence and other case correspondence on April 7, 2006**

Medical problem: Soft Hemangioma on tongue, congenital lesions in oral cavity, soft palate neck area - causes swelling and headaches

| Date | Type of Action | Source of Info | Comments |
|------|----------------|----------------|----------|
| 1/99 & 12/99 | 2 surgeries at Kern County | Client correspondence, 10/11/01 letter & 8/06/02 Interview | Had two biopsies at Kern Medical Center. As a result of the biopsy, Juan has a pinched nerve in his neck causing numbness in the neck area. |
| 1/12/01 | Specialty opinion | Client correspondence, Dr. Calvo's letter to Sarah Chester dated 3/12/02 & 8/06/02 Interview | Dr Calvo's letter states that: Specialty opinion about Mr. Ramirez's condition given on this date differs from the otolaryngologist's evaluation on 2/4/02. Dr. Calvo's letter is mistaken. He is referring to Dr. Bush's letter. Dr. Bush was the D.A.'s doctor who only determined if Mr. Ramirez was in good enough health to stand trial |
| 7/23/01 | Arrival at San Quentin | Client correspondence, 10/11/01 letter | |

*Exhibits B.1*

*fin Cap 4/07 visit*

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| (1) | 08/09/01 | Physician's Progress Notes | San Quentin Medical Records | Initial notes on Juan's condition. Does a review of what has happen with Juan and this condition, all based on what Juan said. Stated that inmate has tension headaches. Suggested several medications: Indocin and Neurontin. Warned Juan of the side effects. |
| (2) | 08/09/01 | Physician Orders | San Quentin Medical Records | Prescription: Indocin; 25mg, by mouth twice daily, pm HA (unknown definition), for 30 days, & Gabapentin; 300mg, by mouth, twice daily for 30 days. Return to clinic in three weeks for follow up on prescription. Final order (timed at 11:55) changes Indocin to three times a day with food or water and provides the trade mark name of Gabapentin, which is Neurontin. Signed Nicholas J. Capossoli, M.D. [note on top of order says, seen without chart available] |
| 3- | 8/23/01 | Physician Progress Notes | San Quentin Medical Records | AC Sick Call - physical see under + 196 A+B Chart not available Patient reports he's feeling a lot better error, wrong patient. |
| 4- | 8/23/01 | Medical History | San Quentin Medical Records | Hemangioma, neck/oral cavity. Status post resection at Kern Medical Center. No other medical problems except seasonal allergies. |
| 5- | 08/23/01 | Physician Orders | San Quentin Medical Records | Discontinue Gabapentin and Indocin. Inderal; 10mg, by mouth three times daily, for headache, proplylaxis, for 30 days, and Midrin; by mouth twice daily, pm HA (definition unknown), #30. Follow up sick call. |

PEANUT

* peanut ?

*

B. 2

**B.3**



| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1. | 09/13/01 | Physician Orders | San Quentin Medical Records | Medical records, please fax medical info release form to Sandy at Lerdo Facility, Kern Medical #661-399-8002 and have them fax records back to us. Discontinue Inderal. Vioxx; 25 mg., By mouth, every day in the afternoon (illegible) for 30 days. Return to clinic in 2 to 3 weeks. |
| 2. | 09/13/01 | Physician's Progress Notes | San Quentin Medical Records | Upset stomach. Midrin works well, wants refill. Migraine headaches, Inderal not working. Discussed other options: Vioxx which might help Head aches. Discussed the side effects. Called Lerdo facility. Spoke to Sandy, need to send medical release. |
| 3. | 10/11/01 | | Client correspondence, 10/11/01 letter & 8/6/02 Interview | When Mr. Ramirez was transported to San Quentin from Kern County Jail, he saw his medical files being transported with him. However, San Quentin officials did not have his medical files. |
| 4. | 10/11/01 | Physician's Progress Notes | San Quentin Medical Records | A/C sick call. Seen with partial records - most of my prior notes are not here today. Patient says he was seen on 9/13/01. Says headache helped by Vioxx, but wants to take it twice a day and would like to take Midrin as well on a alternating basis. |

3

| Date | Type of Action | Source of Info | Comments |
|---|---|---|---|
| 10/31/01 | Correspondence to Dr. Calvo from CAP | letter via fax and USPS from Sarah Chester to Dr. Calvo | Letter informing Dr. Calvo and staff that Juan has informed us that the suffers multiple hemangiomas. Request is also made that we be kept informed and if need be he be treated offsite as authorized by Title 15, Sec. 3350.2 |
| 10/31/01 | Physician Orders | San Quentin Medical Records | Increase Vioxx: 25 mg., by mouth twice daily (illegible) for 30 days, take with food or water. Tagamet 300mg., by mouth twice a day for stomach upset/heartburn for 30 days. Midrin; by mouth twice daily, prn HA (definition unknown), #40. Find rest of missing records. |
| 11/01/01 | Letter from Dr. Calvo | Correspondence from Dr. Calvo to Sarah Chester | Letter states that Dr. Capozzoli has been treating Juan and has prescribed medication. States that Dr. Capozzoli has not been able to obtain Juan's medical records and ask for any assistance we can give. Dr. Capozzoli has stated (according to Dr. Calvo) that Juan is "...quite medically stable, and his vascular malformation presents no immediate serious medical threat." |
| 11/06/01 | Correspondence to Dr. Calvo from CAP | Copy of letter to Dr. Calvo from Sarah Chester | Via Federal Express, sent in copies of Juan's Kern Medical Center files and UCLA Medical Center. |
| 11/08/01 | Saw Dr. Capozzoli at San Quentin | Client correspondence, 11/08/01 letter | Dr. Capozzoli scheduled Mr. Ramirez to see a neurosurgeon. Sick call. |



B.4

4

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 11/08/01 | Physician Orders | San Quentin Medical Records | Resubmitted to Pharmacy 11/28/01. Midrin; by mouth twice daily, pm HA (definition unknown), for 30 days. Consult to vascular surgery. Discontinue Vioxx. Return to clinic in 3 weeks. |
| 2 | 11/08/01 | Physician's Progress Notes | San Quentin Medical Records | AC Sick Call – Medication not working. Chart still missing medical notes. No record from Kern Co. facility yet. Many of my prior notes still missing. Notes that patient has copies of records from Kern Co. Has swelling in the tongue. Vioxx upsets stomach and not helping. Midrin worked for a period, but does not have any more. Discontinue Vioxx/ Referral to Vascular Surgery for Follow Up/ awaiting outside data from Lerdo Md. and UCLA. |
| 3 | 11/19/02 | Physician's Progress Notes | San Quentin Medical Records | Approved for Vascular Surgery. |
| 4 | Roughly 11/27-12/27/01 | Attempt to get sick call | Client correspondence, 12/27/01 letter & 8/06/02 Interview | No sick call. Trying to get sick call because of severe headaches. However, there was no sick call because the A/C was being punished for disciplinary problems. A riot occurred around this time. |



B5

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1. | 12/07/01 | Letter to Dr. Calvo | Copy of letter from Sarah Chester to Dr. Calvo | Via Federal Express. Second set of medical records pertaining to Juan Villa Ramirez, sent in to Dr. Calvo. It was understood that Dr. Calvo and/or San Quentin were having trouble obtaining these records. |
| 2. | 12/13/01 | ICC | Client correspondence, 01/02/01 letter | Denied for move from A/C to East Block. Associate Warden said Mr. Ramirez's filing of complaints was making it harder on him. |
| 3. | 12/27/01 | Visit with Dr. Polussa/ Sick call | Client correspondence, 12/27/01 letter | Dr. Polussa denied refill of pain medication. Did not have medical files during visit. |
| 4. | 12/27/01 | Physician's Progress Notes | San Quentin Medical Records | ~~cl████████████████████~~ ████████████████ from them. (A sketch of Juan's throat and tongue is included.) |
| 5. | 12/31/01 | CAP sends 5th letter to Dr. Calvo | Copy of letter from Sarah Chester to Dr. Calvo | Letter to Dr. Calvo, chronicles Juan's recent attempt to see a doctor. No doctor visit was done, even after he called out "man down." |



| Date | Type of Action | Source of Info | Comments |
|------|----------------|----------------|----------|
| 12/14/0 1– 1/14/02 | No medication. | Client correspondence, 1/14/02 letter | |
| 1/3/02 | Filed 602 grievance for lack of med attn | Client correspondence, 1/14/02 letter | Grievance was filed against Dr. Polussa for denying refill of medication. (Copy of 602 found in Client correspondence, 3/5/02 letter attachments) |
| 01/ | Physician's Progress Notes | San Quentin Medical Records | AC Sick Call – complains of pain in neck. Already seen him for this 12/27/01, No new complaint, will see neurosurgeon. I will see him in two months. |
| 1/03/02 | Physician's Orders | San Quentin Medical Records | CCC in 2m (Definition unknown) |
| 01/09/02 | to Dr. Calvo from CAP | Calvo from Sarah Chester | step of letter to Dr. Letter medication to Juan, not being aware that the Juan's medical to...scribe any available to him at San Quentin, and his actions and statements toward Juan. |



B 7

7

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 1/18/02 | Filed 602 for not answering 1st 602 | Client correspondence, 2/27/02 letter | Filed 602 for not answering 1st 602 of 1/3/02. Sent this 602 to the Appeals Coordinator. |
| 2 | 01/19/02 | Consultant's record | San Quentin Medical Records | Approved (illegible) |
|  | ▮/23/02 | Called "man down." | Client correspondence, 01/27/02 letter | Called "man down" b/c ▮▮▮▮▮▮▮▮▮ ...Ramirez was told to sign up for sick call on 01/2/02. |
|  | 01/23/02 | Physician's Progress Notes | San Quentin Medical Records | Inmate seen in (illegible rest of sentence) to side of neck. Also causing discomfort sometimes. He has history of Hemangioma. This one is supposed to be removed by surgery. |
| 5 | 1/24/02 | Physician's Progress Notes | San Quentin Medical Records | ▮▮▮▮▮▮▮▮ REFUSED TO LIVE. |
| 6 | 1/24/02 | Went to "sick call" & denied visit | Client correspondence, 1/14/02 letter | For "sick call," waited for 45 minutes in holding for Dr. Polussa. Dr. Polussa refused to see Mr. Ramirez. However, he did receive his medication. |

B 8

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 1/23/02 | Physician's Orders | San Quentin Medical Records | Naprosyn 500 mg, twice daily #8 (given) |
| 2 | 1/24/02 | Physician's Orders | San Quentin Medical Records | Naprosyn 500 mg, twice daily for 60 days. |
| 3 | 1/25/02 | 602 that was returned is signed by Read | Client correspondence, 3/5/02 letter attachments | Document which indicates why appeal is being returned is signed & dated 01/05/02 by CC-II, Read. Mr. Ramirez should not have sent the 602 to the Appeals Coordinator, but instead to the unit MTA. |
| 4 | 1/29/02 | 602 was returned | Client correspondence, 2/27/02 letter | |
| 5 | Date not clear ??/28/02 | Physician's Progress Notes | San Quentin Medical Records | Approved for ENT Clinic |

**B 9**

9

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 1/31/02 | 602 was resent | Client correspondence, 2/27/02 letter | 602 of 1/18/02 was resent to the tier MTA. |
| 2 | 2/4/02 | Visit with Dr. Hall | Client correspondence, 2/27/02 letter | Dr. Hall recommended that Mr. Ramirez see a specialist. (Dr. Hall was a otolaryngologist; this is documented in Dr. Calvo's letter to Sarah Chester dated 3/12/02). |
| 3 | date not clear ??/?6/02 | Physician's Progress Notes | San Quentin Medical Records | Approved for (illegible) Radiology. |
| ④ | 02/07/02 | Physician's Progress Notes | San Quentin Medical Records | AC Sick Call - complaints of swelling in throat. Taste of blood in throat, History of prior surgeries. 7243 sent to Marc to resolve issues. Rembolization?? |
| 5 | 2/07/02 | Physician's Orders | San Quentin Medical Records | Refer 7243 to Mary U-M RN and/or HEM (could be HIM) for Review |



B. 10

10

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 2/7/02 | Visit with Dr. Wilson for Sick Call | Client correspondence, 2/27/02 letter | Dr. Wilson explained that the Medical Review Committee would have to approve of outside treatment |
| 2 | 02/20/02 | Physician's Progress Notes | San Quentin Medical Records | Approved for ENT Clinic |
| 3 | 02/20/02 | Consultant's Record | San Quentin Medical Records | Approved |
| 4 | 2/25/02 | 602 of 1/03/02 was returned | Client correspondence, 2/27/02 letter | 602 of 1/03/02 was returned from the Appeals Coordinator. Reason for return was that date of the signature was wrong. (Copy in client correspondence). Note: this 1/3/02 grievance was returned *after* the 1/18/02 grievance was returned. It disappeared from 1/3/02 until 2/25/02. |
| 5 | 2/25/02 | Resent 602 of 1/03/02 | Client correspondence, 2/27/02 letter | 602 of 1/03/02 was resent explaining the error of the wrong date of signature. (Copy in client correspondence). |



B 11

11

| Date | Type of Action | Source of Info | Comments |
|------|----------------|----------------|----------|
| 2/28/02 | Response to resent 602 dated originally 1/3/02 | Client correspondence, 3/5/02 letter attachments | CC-II, Appeals Coordinator, A.A. Read responds in handwritten comments that it is not believable that it took 22 days for 602 to reach him (Copy in client correspondence) |
| 3/4/02 | 602 of 1/18/02 (?) returned unanswered | Client correspondence, 3/5/02 letter | 602 of 1/03/02 was returned without addressing concerns raised. |
| Date not clear seems to say 3/05/02 | Physician's Progress Notes | San Quentin Medical Records | ENT Clinic, see consult |
| 03/05/02 | Physician's Progress Notes | San Quentin Medical Records | ENT Clinic, Consult re-evaluate by Dr. Hall. |
| 03/05/02 | Consultant's Records | San Quentin Medical Records | See 2/05/02 Consult! See consult UCLA 1/01. |



B 12

| | Date | Type of Action | Source of Info | Comments | |
|---|---|---|---|---|---|
| 1 | 3/5/02 | Response to CC-II Read's response of 2/28/02 | Client correspondence, 3/5/02 letter attachments | Mr. Ramirez responds to CC-II Read, Appeals Coordinator, that he filed the 602 on 1/3/02 & it took 22 days to get a response & that the log book proves that he filed it on 1/3/02. | ✗ |
| 2 | 03/12/02 | Physician's Progress Notes | San Quentin Medical Records | Surgery Clinic, see consult – Will discuss (illegible) see ENT consult. | |
| ③ | 3/13/02 | Letter to J.S Woodford, SQ Warden | Copy of letter from Sarah Chester | Sarah Chester request that Mr. Ramirez's claims be addressed in good faith, regardless of A.A. Read's assertion that Mr. Ramirez's appeal "lacks merit." | ✗ |
| 4 | 03/14/02 | Physician's Orders | San Quentin Medical Records | Midrin; unknown symbol, by mouth three times daily, PRW (definition unknown) headache, not more then 6 a day, Disp #30. Prilosec; 20 mg., by mouth twice daily, PRW for 30 days. | ✗ |
| ⑤ | 03/14/02 | Outpatient Interdisciplinary Progress Notes | San Quentin Medical Records | AC sick call. Complaint of nosebleed. Rest is illegible. | ✗ |



B 13

13



| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 03/19/02 | Consultant's record | San Quentin Medical Records | Pre ENT consult not a surgical candidate. Interventional Radiology consult (illegible) UCSF for possible embolization. |
| 2 | 3/25/02 | Response from JS Woodford | Correspondence from JS Woodford to Sarah Chester | Memorandum states that CCII Read was directed to accept Juan's 2nd appeal dated 02/18/02, but states that nothing shows that CCII Read obstructed Juan's appeals. Various members of the Medical Dept. have seen Juan on 10 occasions from 11/19/01 to 03/19/02. Appointment with ENT specialist has been set for April 02, 2002. |
| 3 | 04/02/02 | Outpatient Interdisciplinary Progress Notes | San Quentin Medical Records | ENT Clinic, see consult |
| 4 | 4/2/02 | JR was not told about specialist appt | Client correspondence, 4/16/02 letter | Mr. Ramirez did not know about a specialist appt. Instead, documented that Mr. Ramirez refused to see the specialist. |
| 5 | 04/04/02 | Physician Progress Notes | San Quentin Medical Records | AC sick call. Cancelled due to no doctor. |

B. 14



| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 04/11/02 | Physician Progress Notes | San Quentin Medical Records | AC sick call – severe headache. (Illegible) |
| 2 | 4/11/02 | Sick call | Client correspondence, 4/16/02 letter | Mr. Ramirez went to sick call and saw Dr. Martin. Dr. Martin asked why he refused to see the specialist on 4/2/02. Mr. Ramirez had not refused the specialist - he did not know about it. Dr. Martin said he was approved to see a radiologist. |
| 3 | 4/11/02 | Physician's Orders | San Quentin Medical Records | Midrin; unknown symbol, by mouth three times daily, PRW (definition unknown) headache, Disp #30, g MO x 3 (definition unknown). Prilosec; 20 mg., by mouth twice daily, g Dg 90 days. |
| 4 | 4/16/02 | MTA interviews JR about complaint against Dr. Polussa | Client correspondence, 4/16/02 letter & 8/06/02 Interview | Mr. Ramirez is interviewed by an MTA supervisor, Hallcopepper (sp?) about his 602 against Dr. Polussa. She says that Dr. Polussa told her to interview him. She did not investigate the issue well. |
| 5 | 05/14/02 | Physician's Progress Notes | San Quentin Medical Records | ENT CLINIC - see consult. See Prior Consult. We have no viable Prescription for Hemangioma (illegible) would suggest interventional radiology consult at UC MC SF. |

B. 15

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 05/30/02 | Physician's Progress Notes | San Quentin Medical Records | complaint of problems (most is illegible) Hydrozine by mouth, twice daily RPW x 5. |
| 2 | 05/30/02 | Physician's Orders | San Quentin Medical Records | Discontinue (illegible) now. Hydroxyzine 25mg... By mouth twice daily, PRW (definition unknown) x 5. |
| 3 | 06/10/02 | Physician's Orders | San Quentin Medical Records | Hydroxyzine 25mg... By mouth twice daily, PRW (definition unknown) x 5. |
| 4 | 06/25/02 | 2nd level response | Client Correspondence 0/08/02 | 2nd Level Response by Dr. Calvo says Juan is scheduled to go to outside doctor in the middle of July |
| 5 | 07/15/02 | Sick call visit/ 602 appeal | Client Correspondence 0/08/02 | Fotussa to 3rd level. ▓▓▓▓▓▓ |
| 6 | 07/24/02 | client ADA | Client Correspondence 0/08/02 | ▓▓▓▓▓▓ |

B. 16

16



| Date | Type of Action | Source of Info | Comments |
|---|---|---|---|
| 07/25/02 | Physician's Orders | San Quentin Medical Records | Hydroxyzine 25mg.. By mouth twice daily, PRW (definition unknown) x 10. PRW (definition unknown)/Headache.  Refill g Mo x 3 |
| 07/26/02 | Medication Request | Client Correspondence 0/08/02 | Dr. Martin reviewed Juan's request for medication.  Medication was given. |
| 07/30/02 | client ADA | Client Correspondence 0/08/02 | ADA Process given log #SQ02-2129 |
| 08/06/02 |  | Client Correspondence 0/08/02 | ADA returned with screening form stating that it was cancelled by A.A. Read |
| 08/??/02 | new 602 | Client Correspondence 0/08/02 | New 602 on Dr. Polussa. To add to ADA form.  Mailed this to the appeals office, also requested that the Informal Level be bypassed. |

B.17

| Date | Type of Action | Source of Info | Comments |
|---|---|---|---|
| 08/01/02 | Correspondence to Dr. Calvo from CAP | Copy of letter send by Sarah Chester to Dr. Calvo | Informs Dr. Calvo of the following: Juan is on no medication. Request for medication was done via sick call slip 7/4/02; he was visited by Arthur Polussa on 7/11/02 at this visit Mr. Polussa had no documentation of Mr. Ramirez's current course of treatment, and he did not refill Juan's prescription. |
| 09/04/02 | Correspondence from Dr. Calvo to CAP | Letter addressing 08/01/02 letter from Sarah Chester | Letter states that Juan has been seen and medication has been prescribed. A repeat MRI of head and neck has been ordered by unit physician, as recommended by Dr. Dowd at UCSF Neurovascular Medical Group. |
| 11/30/02 | Contact with Juan's brother | Memo by Alejandro Villaseñor at CAP | About 11/27 conversation with Juan's brother, Ciprião, who said Juan is very ill and said he would send any paperwork he found that CAP may not have regarding some sort of tests. |
| 12/06/02 | Contact with Juan's aunt | Memo by Alejandro Villaseñor at CAP | In mid-Dec Juan's aunt, Maria Villa, received letter from him saying that he was very sick and in pain with throat tumor. She was told to continue contact as she said she would. |



| Date | Type of Action | Source of Info | Comments |
|---|---|---|---|
| 12/10/02 | Request for intervention | Correspondence by Sarah Chester to Steve Fama, Prison Law Office | Letter informs Mr. Fama of Juan Ramirez's severe medical situation and of his inadequate or inconsistent treatment and requests Mr. Fama's intervention or advice. Recent contact with Juan revealed no improvement, with neck swelling, nose-bleeds, & uncontrollable hand shaking. A copy of his medical time line was included with letter to |
| 12/13/02 | Contact with PLO Attorney | Memo by Sarah Chester at CAP | ██████████████ was apologetic, but said it was unlikely the PLO would get involved, under ██████ |
| 12/16/02 | Request for advice | Correspondence by Alejandro Villaseñor to Sandra Babcock, Attorney | E-mail informs Ms. Babcock of Juan's medical situation and poor treatment and requests advice on whether the Mexican Consulate can assist. She sent email to Consulate and on 12/23/05 Norma Moreno responded with a request for medical file in order to get put pressure on authorities. |
| 12/24/02 | Request for intervention | Correspondence by A.Villaseñor to Norma Moreno, Mexican Consulate | Letter acknowledges the email she sent on 12/23 and briefly describes Juan's situation. Due to the size of his medical file, it was not sent with letter, however the time line was. |



B.19

19

| Date | Type of Action | Source of Info | Comments |
|---|---|---|---|
| 12/24/02 | Response to 12/13/02 ltr from Sarah Chester | Correspondence from Dr. Calvo to CAP | Faxed letter states that Juan was seen on 10/31/02 by unit physician, when meds were given for his complaints & his MRI results were discussed; and again seen on 12/16/02, when medical adjustments were made & MRI results again discussed. Also, specialist referral was submitted for advice on future treatment if needed. Mailed copy of letter received 12/30/05. |
| 01/14/03 | Contact with Juan Ramirez | Confidential Memo by Alejandro Villaseñor at CAP | |
| 01/24/03 | | | Saw Juan on 1/13/03 @ SQ. His questions/comments about medical timetable we sent in: 8/9/01: Why cancelled meds never explained? He said Indocin gave nose bleeds. 8/23/01: Inderal stopped because he doesn't have high blood pressure; never had Gabapentin. 9/13/01: Vioxx did nothing. 4/2/02: Missed specialist appt since Sgt. & Lt. claimed not being informed. 12/11/02: Dr. Martin said Juan's case to be reviewed by another. 8/20/02: Went "man-down"; face swollen, short of breath, dizzy; saw Dr. Buoi in drop-in clinic. 10/24/02: Juan filed 602 on poor response for 8-weeks of sick call; finally seen on 10/31. 8/24/02: Last sick call of last year (this is a discrepency). 11/26/02: Wrote PLO; told case not urgent. 12/16/02: Juan wanted Neurotin for pain; Dr. Martin gave for 6 days; no more has followed. Only on Hydroxenzine, but no good, just puts to sleep. Also, Juan said he paid for MRI results. Hasn't had meds for 2 days; now in "bad shape". |

1

2

3



B.2•

20




| Date | Type of Action | Source of Info | Comments |
|------|----------------|----------------|----------|
| 02/21/03 | Note sent to introduce a copy of a letter from Dr. Dowd, to Dr. Calvo | Correspondence from *unclear source* to CAP | Copy of letter is dated 07/29/02 from Dr. Christopher Dowd, Associate Professor of Radiology and Neurological Surgery at UCSF to Dr. Calvo, which says he never saw Juan, nor radiographic studies, but medical history by a Dr. Hall clarified what condition may be. Diagnosis would have to be confirmed, and he suggested an MRI and offered to see Juan in Vascular Clinic. |
| 05/13/03 | Contact with Juan Ramirez | Confidential Memo by Alejandro Villaseñor at CAP | Saw Juan @ SQ. Juan said he saw a doctor at UCSF in April, but no word back. We agreed that I would contact Dr. Calvo or Dr. Martin. Juan was concerned about the operation. Doctor said best to remove most painful tumor first rather than all at once, and suggested "thermal type" treatment. |
| 03/24/04 | Summary of follow-up appt @ UCSF | Faxed copy of letter from Dr. Ilona Frieden, UCSF to Dr. Williams, SQ | Summary of 2/20 appt. with Juan Ramirez. Letter, dated 2/20/04 opens with recap of his visit to Multidisciplinary Vascular Anomalies Clinic in April 03 which recommended clotting studies & low-dose aspirin. Juan returns now due to shooting, throbbing pain as it's also not helped by Tylenol 4. Today's exam is same, with extensive venous malformations, which can't be cured with surgery. Neurontin is recommended over couple months for unique pain. If no response, consider alcohol sclerotherapy, which requires overnight stay - however, pain relief is not certain, and airway obstruction could occur. |
| 01/03/05 | Request for Medical Records | Correspondence by A. Villaseñor to San Quentin | Request for medical records. |




B. 21

| Date | Type of Action | Source of Info | Comments |
|---|---|---|---|
| 01/05/05 | Contact with Juan Ramirez | Confidential Memo by Alexis Prieur at CAP | Saw Juan @ SC who reported of tumor-reduction surgery on July 19. He felt the upper tumor on his neck needed more surgery as it is painful, causing speaking difficulties. He takes Neurontin for swelling & Tylenol 4's for pain. ▮▮▮▮▮ with Dr. Dowd and asked us to confirm. Juan is currently waiting for sick call from Dr. Wilson (sub for Dr. Martin). |
| 03/28/05 | Request for Adequate Medical Treatment | Correspondence by A. Villaseñor to Dr. Chapnick, Medical Director, SQ | Faxed letter explains current medical complaints by Mr. Ramirez: pain in tumor on neck & inability to sleep, and also of the delays in treatment after previous complaints: seen 3 weeks after sick call in Jan 05; seen by RN on Mar 10 after making sick call on Feb 20 & was told he'd see a doctor - but by Mar 21, still no exam. |
| 05/09/05 | Request for assistance | Correspondence by Sarah Chester to Dr. Tim Belavich, Health Care Mgr | Faxed & mailed letter to SQ's new Health Care Manager which notes that Mr. Ramirez has not been assisted, even after the CAP fax to Dr. Chapnick on 3/28 and of the concern about his pain and debilitating effects. |
| 06/21/05 | Request for Medical Records | Correspondence by CAP to El Paso Police Dept. | Request for all medical records. Police Department returned with note saying they do not have medical records. |



B.22

22

| Date | Type of Action | Source of Info | Comments |
|---|---|---|---|
| 1 | 07/12/05 | Contact with Juan Ramirez | Memo by Benjamin Kull at CAP | Saw Juan today at SQ. He said medical condition was his main concern. He still takes Tylenol 4 & Neurontin, which sometimes causes painful side-effects. |
| 2 | 07/15/05 | Informs of receipt of letter by CAP | Correspondence by JA Clarke, Chief Med Officer, SQ | Acknowledges 5/9 letter sent by Sarah Chester to Dr. Belavich, and informs that it has been forwarded to Bob Keller, Health Care Services Division, Legal Dept. |
| ③ | 07/25/05 | Response to Sarah Chester's letter to Dr. Belavich | Correspondence by Vicki O'Shaughnessy, Staff Services Mgr, Clinical Risk Mgmt | Letter from Division of Correctional Health Care Services, where CAP's letter to Health Care Manager was forwarded to, responds by saying that there is no inmate signed authorization form on file & she therefore cannot provide specific medical info beyond assuring that the CDCR & SQ medical staff is providing adequate care & informing of the "sick call" process. |
| 4 | 07/25/05 | Request for any Medical Records | Correspondence by CAP to Providence Memorial Hospital in El Paso, TX. | Based on belief that Mr. Ramirez may have received medical attention at this hospital from 07/18/98 through 07/25/98 when he was extradited to California. Their response was that no records were found to indicate he was ever treated there. |



B 23

23

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 07/26/05 | Request for any Medical Records | Correspondence by CAP to Southwestern General Hospital in El Paso, TX. | Based on belief that Mr. Ramirez may have received medical attention at this hospital from 07/18/98 through 07/25/98 when he was extradited to California. Their response was that no records were found to indicate he was ever treated there. |
| 2 | 07/26/05 09/06/05 09/23/05 | 3 Requests for any Medical Records | Correspondence by CAP to IHS Hospital of El Paso, TX. | Based on belief that Mr. Ramirez may have received medical attention at this hospital from 07/18/98 through 07/25/98 when he was extradited to California. Their response was finally that no records were found to indicate he was ever treated there. |
| 3 | 08/03/05 | Voice of dismay | Correspondence by ████████████████essy | ████████████████ CAPITAL ATTORNEY - IS ENTITLED TO RECORDS ██████████████ |
| 4 | 08/15/05 | Forwarding Authorizations | Sarah Chester to Tim Belavach | Medical records release authorizations are again sent to San Quentin for Juan Ramirez. |

B.24

24

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 08/26/05 | Update & apology | Correspondence by SW Ornoski, Warden, to Sarah Chester | Letter informs that Dr. Belavich is reviewing medical charts & will be screened for outstanding medical issues. Once completed, he will provide summary to Legal Affairs Div. |
| 2 | 09/06/05 | Request for Medical Records | Correspondence by CAP to Sierra Medical Center, El Paso, TX. | Based on belief that Mr. Ramirez may have received medical attention at this facility from 07/18/98 through 07/25/98 when he was extradited to California. No response appears in file - yet. |
| 3 | 09/12/05 | Awareness letter | Correspondence by Sarah Chester to Dr. Jessica Clarke | Letter briefly describes Mr. Ramirez's serious symptoms, mainly pain and how they have and have not been managed, mainly in being seen by staff & getting scripts filled. |
| 4 | 09/26/05 | Contact with Anne Kretz | Memo by Sarah Chester at CAP | Anne Kretz is an outside friend of Juan's who visits him regularly. She left a message & I called back. She said his pain meds were discontinued by Dr. Tascoe immediately & he feels this is because of his 602 filing. |
| 5 | 09/26/05 | Awareness Letter & Request for Advice | Correspondence by Sarah Chester to Alison Hardy, PLO Attorney | E-mail informing of Sarah's letter to Dr. Clarke & of no action to date. Also informs of Juan Ramirez's serious pain and how despite this, he said Dr. Tascoe is taking him off pain killers altogether & was threatened to be written up. He feels this is in retaliation. This behavior borders on sadistic. |


B 25

25

| | Date | Type of Action | Source of Info | Comments |
|---|---|---|---|---|
| 1 | 10/11/05 | Contact from Anne Kretz | Memo by Sarah Chester at CAP | Voicemail from Anne about Juan. He was apparently given meds for about 5 days, but now he "can't find again". He was taken to UCSF, but they said he needs a CAT scan. |
| 2 | 11/14/05 | Request for assistance | Phone Message from Juan Ramirez | ██████████ |
| 3 | 11/15/05 | Awareness Letter & Request for Care | Correspondence by Sarah Chester to Dr. Jack St. Clair | ██████████ can ship . ██████████ |
| 4 | 01/04/06 | | | |
| 5 | 02/08/06 | Update | Correspondence by Norma Moreno, Mexican Consulate to CAP | E-mail informs of her contact with Dr. Bellovich. She was told that Juan Ramirez has been receiving medical attention and that within the next 30 days, he will be taken to UCSF for an MRI and to see a specialist. |



B.26

26

