E-filing

FILED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Juan Villa Ramirez,
    Plaintiff,

vs.

James Tilton
Director et AL,
    Defendant.

CASE NO. C 07 4681 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Juan V. Ramirez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  SAFeway Milk PlAntAtion
5  Tempe, Arizona
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ___ No ✓
10             self employment
11      b.    Income from stocks, bonds,           Yes ___ No ✓
12             or royalties?
13      c.    Rent payments?                       Yes ___ No ✓
14      d.    Pensions, annuities, or              Yes ___ No ✓
15             life insurance payments?
16      e.    Federal or State welfare payments,   Yes ___ No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N. A._____
22  _____
23  3.     Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____ N. A. _____
25  Spouse's Place of Employment: _____ N. A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ N. A. ____ Net $_____ N. A _____
28  4.     a.    List amount you contribute to your spouse's support:$ _____

|   |   |
|---|---|
| 1 | b.     List the persons other than your spouse who are dependent upon you for |
| 2 | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | THEIR NAMES.). |
| 5 | _____ N.A _____ |
| 6 | _____ |
| 7 | 5.     Do you own or are you buying a home?     Yes ___   No ✓ |
| 8 | Estimated Market Value: $_____  Amount of Mortgage: $ N.A |
| 9 | 6.     Do you own an automobile?                Yes ___   No ✓ |
| 10 | Make _____ N.A _____ Year ___ N.A. ___ Model ___ N.A ___ |
| 11 | Is it financed? Yes N.A   No N.A   If so, Total due: $ ___ N.A ___ |
| 12 | Monthly Payment: $ _____ |
| 13 | 7.     Do you have a bank account?  Yes ___  No ✓  (Do not include account numbers.) |
| 14 | Name(s) and address(es) of bank: _____ |
| 15 | _____ N.A _____ |
| 16 | Present balance(s):  $ _____ N.A |
| 17 | Do you own any cash?  Yes ___  No ___  Amount: $ _____ N.A |
| 18 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 19 | market value.)  Yes ___  No ✓ |
| 20 | _____ N.A _____ |
| 21 | 8.     What are your monthly expenses? |
| 22 | Rent: $ _____ N/A _____   Utilities: _____ N/A _____ |
| 23 | Food: $ _____ N/A _____   Clothing: _____ N/A _____ |
| 24 | Charge Accounts: |
| 25 | Name of Account          Monthly Payment          Total Owed on This Acct. |
| 26 | _____   $ _____   $ _____ |
| 27 | _____ N/A _____       $ ___ N.A. ___            $ ___ N/A ___ |
| 28 | _____   $ _____   $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N.A

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12-2-07                                    Juan V. Ramirez
DATE                                       SIGNATURE OF APPLICANT

1
2                                      Case Number: C 07 4681
3                                                        SBA
4
5
6
7
8                       **CERTIFICATE OF FUNDS**
9                                  **IN**
10                       **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                        [prisoner name]
14  _____ where (s)he is confined.
          [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                    _____
                                            [Authorized officer of the institution]
20
21
22         The FULL FILING FEE OF
23         $350.⁰⁰ WAS PAID ON
24
25         OCTOBER 9th 2007.
26              ( see ATTACHMENTS )
27                    # 2 - 3
28