DECLARATION BY PLAINTIFF JUAN VILLA RAMIREZ

In re: Juan Villa Ramirez v. James Tilton, et. al. C 07-4681 SBA

I, Juan Villa Ramirez declare under penalty of perjury that all of the following is true and correct pursuant to 28 U.S.C. §1746.

I, Juan Villa Ramirez am the Plaintiff in the above entitled case, and I am incarcerated prisoner at San Quentin State Prison.

On November 28, 2007; My tier officer delivered an Institutional U-SAVE-EM envelope to my cell which contained documents from this court. These documents consisted of an In Forma Pauperis application and instructions for filling it out.

Because San Quentin's Officials obstructed the delivery of this mailing by opening it outside the presence of the Plaintiff, and then DID NOT deliver the original court envelope. Plaintiff does not know HOW OLD THIS MAILING IS. Nor does the Plaintiff know if ALL of the court's papers were delivered. Plaintiff has documented these events in writing and had the delivering tier officer SIGN A STATEMENT TO VERIFY THESE ACTIONS. (see ATTACHMENT 1 ).

Just to be safe, Plaintiff is submitting the In Forma Pauperis application HEREWITH, WITH PROOF and a RECEIPT showing that the filing fee of $350.00 HAS BEEN PAID IN FULL on October 9, 2007. ( see ATTACHMENTS 2 and 3 ).

Plaintiff is INDIGENT, and is proceeding pro se. Plaintiff IS NOT an attorney, Nor does Plaintiff have ANY training in the law.

Plaintiff contends that this action concerns his medical/health issues, and the lack of treatment/attention the prison's officials are providing to me. Plaintiff contends that his medical condition is getting WORSE, And it has come to my attention that my lawsuit may not even be heard/considered for another six months to a year, and could be even longer than that.

If Plaintiff's condition is allowed to go on without proper treatment Plaintiff may not be alive in the amount of time that it will take this court to review and rule on Plaintiff's case.

For all of the reasons and explanations described above. Plaintiff respectfully asks this court to expedite his case while he is still alive. And allow Plaintiff to proceed In Forma Pauperis.

dated: December 3, 2007            signed: *Juan V. Ramirez*

Juan Villa Ramirez (C-24667)

IN FORMA PAUPERIS APPLICATION ATTACHED HERETO.

Opened Legal mail. 4th tier

Today is 11-28-07 during mail pass out by 4th tier. Officer Silva. I was given a "U SAVE EM" envelope taped shut. This envelope contained <u>Legal Mail from U.S District Court Northern California</u>. Case no: C07 4681 SBA (PR)

These documents contained copies of a Federal Lawsuit I've filed. The problem is it did not come sealed in its original envelope from the court. Nor do I know if all my documents are here because I was not given a Chrono stating my legal mail was opened and by who. This was done purposely by mailroom staff.

I have informed my tier officer as his signature is here. I also informed the legal Mail officer Ramo as soon as it happened.

#T24667
4-E4-22

C/O W. Silva  11/28/07                        *Ramirez* 11-28-07

DATE:  4th tier C/O signature                 Inmate signature

ATTACHMET 1

# SNEDEKER, SMITH & SHORT
### Attorneys at Law

Michael R. Snedeker*
James F. Smith*
Lisa R. Short**
Lic. Daniel Solorio Ramírez
  Of Counsel

*Admitted in California only
**Admitted in California and Oregon

PMB 422
4110 S.E. Hawthorne Blvd.
Portland, Oregon 97214

Telephone: 503-234-3584
Facsimile: 503-232-5469

❑ 2626 Harrison St.
  Oakland, California 94612
  Tel: (510) 839-9230

❑ P.O. Box 72451
  Davis, California 95617
  Tel: (530) 757-1036

❑ Av. Electricistas no. 2033 Altos
  Col. Libertad, C.P. 21030
  Mexicali, Baja California
  México
  Tel: (52-65) 57-24-58

**BY FEDERAL EXPRESS**
**FEDEX TRACKING NO. 8595 9879 5782**

October 5, 2007

United States District Court
1301 Clay Street, Suite 400 South
Oakland, CA 94612

      RE: *Juan Villa Ramirez vs. James Tilton, et al*
           07-04681 SBA (PR), filed 9-11-07

Dear Clerk:

    Enclosed please find a check for $350.00 to pay for the filing fee in the above-entitled case. The case was filed on September 11, 2007; on that date, the Court issued a letter to plaintiff informing him that he must pay the filing fee of $350.00 within thirty days of September 11, 2007. The pro se plaintiff, Mr. Juan Villa Ramirez, is an indigent prisoner at San Quentin State Prison. I am paying the filing fee as a courtesy to him.

    Please send Mr. Ramirez the receipt for the filing fee.

    Thank you.

                                       Sincerely yours,

                                        Lisa R. Short

Enc.
cc: Juan Villa Ramirez

ATTACHMENT 2

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611031339
Cashier ID: lenahac
Transaction Date: 10/09/2007
Payer Name: Lisa R Short

CIVIL FILING FEE
 For: Juan Villa Ramirez
 Case/Party: D-CAN-4-07-CV-004681-001
 Amount:        $350.00

CHECK
 Check/Money Order Num: 5253
 Amt Tendered: $350.00

Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

CV-07-4681-SBA for Juan Villa
Ramirez.

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

ATTACHMENT 3

RICHARD J. VIEIRA (H-34000)
SAN QUENTIN PRISON (4-EB-86)
SAN QUENTIN, CA. 94974

LEGAL

US DISTRICT COURT
1301 CLAY ST, Suite 400 South
OAKLAND, CA. 94612

