February 10, 2007

FILED
FEB 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Honorable Sandra B Armstrong
United States District Court
1301 Clay Street, Suite 400 South
Oakland, CA 94612

To the Honorable Sandra B. Armstrong.

My name is Walleta Ann Kretz, and I am a friend of Juan Villa Ramirez. I am contacting you because Juan currently has a civil lawsuit before you, (Juan Villa Ramirez v. James Tilton et. Al. C 07-4681 SBA).

Juan's lawsuit concern his medical/health issues and the lack of treatment/attention the prison's officials are providing to him. I am very concerned about Juan because his condition is getting worse, and it has come to my attention that his lawsuit my not even be heard or considered for another six months to a year, and could be even longer than that. If Juan's condition is allowed to go on without proper treatment he may not be alive in the amount of time it will take this court to review and rule on his case, which would certainly raise issues to a wrongful death claim.

Juan has two daughters' that rely on his guidance and love even from within the walls of prison. They would be devastated if they lost their father. I am a friend and though I may not hold any legal ties to Juan his death would leave an immeasurable hole in my life. I visit him almost every Saturday and it is difficult to see the deterioration of a man's health and body due to lack of care in a nation as great as our own. My youngest son is a United States Marine out fighting for this great nation so that our people are guaranteed certain rights. I believe our 8th amendment should protect Juan from the cruel and unusual punishment that is inflicted upon him by San Quentin State Prison.

I understand that you are probably very busy and have many cases and priorities in your life, but considering the circumstances of Juan's condition, would you please try and expedite Juan's case while he is still alive.

Thank you.

Respectfully,

*Walleta Ann Kretz*

Walleta Ann Kretz
216 Fourth Street
Rodeo, CA 94572

216 Fourth St
Rodeo, Ca 94572

OAKLAND CA 946
11 FEB 2008 PM 1 L

RECEIVED
FEB 12 2008

Honorable Sandra B. Armstrong
United States District Court
1301 Clay Street, Suite 400 South
Oakland, Ca 94612

94612+5217