**FILED** FEBRUARY 19, 2008

TO THE HONORABLE SAUNDRA B. ARMSTRONG,

FEB 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

   First of all let me start by thanking you for taking time off your busy schedule to read this letter regarding my concerns. My name is <u>CIPRIANO VILLA RAMIEZ</u>, (JUAN VILLA RAMIREZ BOTHER). I am contacting you because Juan currently has a civil lawsuit before you, (JUAN VILLA RAMIERZ vs. JAMES TILTON et. Al. C07-4681 SBA. My concern is if there anyway this lawsuit can get priority attention be for it turn to a wrongful death claim.

   Juan's lawsuit is concerning his medical/health issues, and/or the lack of treatment/attention the prison's officials are providing him. I am very concerned about Juan because his condition is getting worse. On several time I had to call everyone from CDC rehability center, my assembly woman Nicole Para, Governor Arnold Schwarzenegger, and to the Mexican counsel to get him the medication he need. Now it come to my attention that his lawsuit may not even be heard or considered for another six months to a year, and could even be longer then that. Juan's condition can not keep going on without proper treatment because it is life treating condition. And if his case does not get priority Juan might not be alive when you hear the case!

   I understand that you are probably very busy and have many cases and priorities in your life. So let me thank you again for taking the time for me and reading this letter. Please considering the circumstances of Juan's condition and try to expedite Juan's case while he is still alive.

THANK YOU.

RESPECTFULLY,

CIPRIANO VILLA RAMIREZ

Cipriano Ramirez
Po box 40454
Bakersfield CA 93384

BAKERSFIELD CA 933
MOJAVE CA
19 FEB 2008 PM 1 T

United State District Court
Honorable Sandra B. Armstrong
1301 Clay Street Suite 400 south
Oakland, CA 94612

RECEIVED
FEB 22 2008