March 26, 2008

Honorable Sandra B Armstrong
United States District Court
1301 Clay Street, Suite 400 South
Oakland, CA 94612



FILED

APR 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To the Honorable Sandra B. Armstrong.

My name is Walleta Ann Kretz, and I am a friend of Juan Villa Ramirez. I am contacting you because Juan currently has a civil lawsuit before you, (Juan Villa Ramirez v. James Tilton et. Al. C 07-4681 SBA).

Juan's lawsuit concern his medical/health issues and the lack of treatment/attention the prison's officials are providing to him. I am very concerned about Juan because his condition is getting worse, and it has come to my attention that his lawsuit may not even be heard or considered for another six months to a year, and could be even longer than that. If Juan's condition is allowed to go untreated he may not be alive in the amount of time it will take this court to review and rule on his case, which would certainly raise issues to a wrongful death claim. He has been seen by a surgeon at the prison who has tentatively diagnosed him with a genetic disorder known as HHT that can turn to gastrointestinal cancer and become fatal if not treated. There are only seven centers here in the United States that treat this condition. I have spoken to Dr. Tom Kinney at the University of California San Diego Medical Center. He is one of the leading doctors in this field. He would like to fly up to UCSF and exam Mr. Ramirez. He has requested that the endoscopy that was ordered over six months ago as well as a CAT scan be performed so that he will know how to proceed with the treatment of Mr. Ramirez's two young daughters who are starting to manifest some of the same symptoms that Mr. Ramirez had at onset of this disease. Please help me help this family.

While Mr. Ramirez is incarcerated for a death penalty crime, he is still a human being. His children had nothing to do with the case that brought him to prison but they continue to be unjustly punished for an act that weren't a party too. Please I will do anything you need to have done to hear this case. I will make phone calls, knock on doors whatever it takes to enable you to move this forward before we loose him.

I understand that you are probably very busy and have many cases and priorities in your life, but considering the circumstances of Juan's condition, would you please try and expedite Juan's case while he is still alive.

Thank you.

Respectfully,

Walleta Ann Kretz

Walleta Ann Kretz
216 Fourth Street
Rodeo, CA 94572

216 - 4th St
Rodeo, Ca 94572

OAKLAND CA 946

27 MAR 2008 PM 8 T

RECEIVED

MAR 3 1 2008

Honorable Sandra B. Armstrong
United States District Court
1301 Clay St., Suite 400 South
Oakland, Ca 94612

34612+2217