IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN VILLA RAMIREZ,

    Plaintiff,

 v.

JAMES TILTON, et al.,

    Defendants.
    _____/

No. C 07-04681 SBA (PR)

**NOTICE REGARDING INABILITY TO SERVE DEFENDANTS SAYER, POLUZZA, KHOLSLA, HILL-CULPEPPER, GUILDERSLEEVES, MORROW AND TERRANU**

    Service has been ineffective on the following Defendants: former San Quentin State Prison (SQSP) Physicians Sayer, Poluzza and Kholsla; as well as former SQSP Medical Technical Assistants Hill-Culpepper, Guildersleeves, Morrow and Terranu. The United States Marshal's Office has informed the Court that service could not be completed on these Defendants. The Court has been informed that the prison litigation coordinator was unable to locate the defendants.

    While Plaintiff may rely on service by the United States Marshal, "a plaintiff may not remain silent and do nothing to effectuate such service. At a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is unable to effectuate service and the plaintiff is informed, the plaintiff must seek to remedy the situation or face dismissal of the claims regarding that defendant under Federal Rule of Civil Procedure 4(m). See Fed. R. Civ. P. 4(m) (If service of the summons and complaint is not made upon a defendant in 120 days after the filing of the complaint, the action must be dismissed without prejudice as to that defendant absent a showing of "good cause."); see also Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient information to serve official).

No later than **thirty (30) days** from the date of this Order, Plaintiff must provide the Court with a current addresses for Defendants Sayer, Poluzza, Kholsla, Hill-Culpepper, Guildersleeves, Morrow and Terranu.  Plaintiff should review the federal discovery rules, Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to determine the current address of these Defendants.

**If Plaintiff fails to provide the Court with the current addresses of Defendants Sayer, Poluzza, Kholsla, Hill-Culpepper, Guildersleeves, Morrow and Terranu within the thirty-day deadline, all claims against these Defendants will be dismissed without prejudice under Rule 4(m).**

IT IS SO ORDERED.

DATED: 5/24/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.07\Ramirez4681.4m.wpd    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUAN VILLA RAMIREZ,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.
                                         /

Case Number: CV07-04681 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Villa Ramirez T-24667
California State Prison - San Quentin
2 A/C 6
San Quentin, CA 94974

Dated: May 24, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.07\Ramirez4681.4m.wpd   3