IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLA RAMIREZ,<br><br>    Plaintiff,<br>v.<br><br>JAMES TILTON, et al.,<br><br>    Defendants.<br>_____ | No. C 07-4681 SBA (pr)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT BELAVICH'S REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**<br><br>(Docket no. 38) |

    Defendant Belavich requests a one-hundred twenty-day extension of time, up to and including October 14, 2010, in which to file a dispositive motion.  Having read and considered Defendant's request and the accompanying declaration of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendant's request for an extension of time is GRANTED in part and DENIED in part.  The time in which Defendant may file a dispositive motion will not be extended for the requested one-hundred twenty days, however, the Court finds that a brief extension is appropriate.

    Accordingly, Defendant's dispositive motion must be filed no later than **July 30, 2010.** Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than **thirty (30) days** after the date Defendant's motion is filed.  If Defendant wishes to file a reply brief, he shall do so no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

    **No further extensions of time will be granted in this case absent exigent circumstances.**

    IT IS SO ORDERED.

DATED: 6/18/10

                                     _____
                                     SAUNDRA BROWN ARMSTRONG
                                     United States District Judge

G:\PRO-SE\SBA\CR.07\Ramirez4681.grantIP&denyIP-EOT-MTD.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLA RAMIREZ,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES TILTON et al,<br><br>      Defendant.<br>_____/ | Case Number: CV07-04681 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Villa Ramirez T-24667
California State Prison - San Quentin
2 A/C 6
San Quentin, CA 94974

Dated: June 18, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.07\Ramirez4681.grantIP&denyIP-EOT-MTD.frm