IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN VILLA RAMIREZ,   　　　　　　　　No. C 07-04681 SBA (PR)

　　　　Plaintiff,   　　　　　　　　**JUDGMENT**

　　v.

JAMES TILTON, et al.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　　/

　　　　Pursuant to the Court's Order of today's date granting Defendant Belavich's motion for summary judgment, judgment is hereby entered in favor of Defendant Belavich, and against Plaintiff. Plaintiff's deliberate indifference claim against Defendants Sayer, Poluzza, Kholsla, Hill-Culpepper, Guildersleeves, Morrow, Terranu and Calvo have been DISMISSED without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff's ADA and Section 504 claims against Defendants San Quentin State Prison and the California Department of Corrections and Rehabilitation have been DISMISSED without prejudice. Plaintiff's claims against the remaining Defendants concerning the handling of his appeals have also been DISMISSED.

　　　　The parties shall bear their own costs. The Clerk of the Court shall close the file.

　　　　IT IS SO ORDERED.

DATED: 9/28/10

　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.07\Ramirez4681.jud.wpd